IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:13MJ147** |
| vs. | |
| **IMARI BENSON,** | **ORDER** |
| Defendant. | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Michael J. Wilson, as a Criminal Justice Act Training Panel Member, to assist in the defense of Imari Benson.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Michael J. Wilson is hereby assigned to assist the AFPD Jeffrey L. Thomas in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Michael J. Wilson shall not be eligible to receive compensation for his services in this case.

AFPD Jeffrey L. Thomas shall continue to be primary counsel on behalf of the Defendant, Imari Benson.

**IT IS SO ORDERED**.

Dated this 10th day of May, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge